NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE BENDAMUSTINE**

---

**CEPHALON INC.,**
*Plaintiff-Appellee*

v.

**HETERO LABS LIMITED, HETERO USA, INC., INNOPHARMA INC., HOSPIRA, INC., ACCORD HEALTHCARE INC., INTAS PHARMACEUTICALS LIMITED, SAGENT PHARMACEUTICALS, INC.,**
*Defendants-Appellants*

**APOTEX INC., APOTEX CORP.,**
*Defendants*

---

2016-2348

---

Appeal from the United States District Court for the District of Delaware in Nos. 1:13-cv-01738-GMS, 1:13-cv-02046-GMS, 1:13-cv-02080-GMS, 1:13-cv-02081-GMS, 1:13-cv-02082-GMS, 1:13-cv-02093-GMS, 1:13-cv-02094-GMS, 1:13-cv-02095-GMS, 1:13-cv-02096-GMS, 1:13-cv-02104-GMS, 1:14-cv-00122-GMS, 1:14-cv-00333-GMS, 1:14-cv-00334-GMS, 1:14-cv-00335-GMS, 1:14-cv-00568-GMS, 1:14-cv-00590-GMS, 1:14-cv-00671-GMS, 1:14-cv-01042-GMS, 1:14-cv-01045-GMS, 1:14-cv-01116-GMS,

1:14-cv-01237-GMS, 1:14-cv-01238-GMS, 1:14-cv-01241-GMS, 1:14-cv-01242-GMS, 1:14-cv-01243-GMS, 1:14-cv-01332-GMS, 1:15-cv-00178-GMS, and 1:15-cv-00179-GMS, Judge Gregory M. Sleet.

## ON MOTION

Before NEWMAN, *Circuit Judge.*

### O R D E R

Cephalon, Inc. moves unopposed to deactivate this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The parties shall inform this court within 40 days from the date of entry of final judgment how they believe this appeal should proceed.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26